UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-------------------------------------x

Case No. __07 CIV 9371__

**Certification of Service**  
**Summons and Complaint**

FAGO'S LLC,

        Plaintiff,

-against-

PRIME PRODUCE GROUP INC.,

        Defendants.

-------------------------------------x

____GENE LOMBARDO____ certifies the following under penalty of perjury:

1. I am over 18 years old and not a party to this action.

2. On ____OCTOBER 22, 2007____ I served true copies of the ~~corrected~~ summons and complaint upon ____PRIME PRODUCE GROUP INC.____ by hand delivery of:
   Defendants

A) 1 Copy to __ _Jay Kim_ (in His)/Her individual capacity.
   1 Copy to __ _Jay Kim_ as an officer of ____PRIME PRODUCE GROUP INC.____
   
   Address of Service- ____265 ROW B HUNTS POINT TERMINAL MARKET BRONX, NY 10474____

And, on _____ by mailing true copies of the summons and complaint to _____ defendants by first in a postage paid envelope marked "personal and confidential" and not identified as being mailed.

C) Copies to who identified himself/herself as a cashier, receptionist, officer director and/or manager of _____, who stated that He/She was authorized to accept
   (Corporate Defendant)
   service on behalf of _____.

3. The above named person served is described as follows: ( _Jay Kim_ )

Sex: __M__  Age: ~~25~~ 30  Weight: __170__
            Height: __5'3__  Color: ~~~~ OLIVE SKIN

Identifying Features: _____

Dated __10/22/07__

x ____[signature]____