UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FAGO'S LLC,

                                Plaintiff

- against -

PRIME PRODUCE GROUP, INC.,
            Defendants.

----------------------------------------------------------x

*Docket: 07 CIV 9371 (HB)*

Assigned to:
District Judge Harold Baer

\#  ———

## JUDGMENT AFTER DEFAULT BY COURT FOR PLAINTIFF
## DUE TO NON-APPEARANCE OF DEFENDANTS

Defendant, Prime Produce Group Inc., has been regularly served with process and failed to appear and answer the plaintiff's complaint filed herein. The default of defendant has been entered. It appears that the defendant is not an infant nor an incompetent person. An Affidavit of Non-Military Service has been filed herein. It appears from the Certification in Lieu of Affidavit of Lee Pakulsky, dated February 25, 2008, and exhibits annexed thereto, that the plaintiff is entitled to judgment.

IT IS ORDERED AND ADJUDGED that plaintiff recover from defendant the liquidated amount of $9,902.00 with interest at the rate of 9% (percent) per annum from June 27, 2007 to February 26, 2008: $594.16 together with costs and disbursements in the sum of $350.00, amounting in all to $10,846.16.

This document was entered on the docket on _____

DATED:    New York, NY
              February 26, 2008

                                                U.S.D.J.

This document was entered on the docket on _____

*75\fago.v.prime\wpd*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```